UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL R. MORRISETTE,

       Plaintiff,

v.

JOANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.

Civil No. 04-1785-JE

O R D E R

HAGGERTY, Chief Judge:

    Magistrate Judge Jelderks has issued a Findings and Recommendation [13] in this action. The Magistrate Judge recommended that the decision of the Commissioner should be reversed and remanded for further administrative proceedings. No objections were filed, and the case was referred to me.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [13] is adopted. The Commissioner's decision is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the findings and conclusions provided in the Findings and Recommendation.

IT IS SO ORDERED.

Dated this  26  day of January, 2006.


　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/Ancer L.Haggerty
　　　　　　　　　　　　　　　　　　　　　　　　　　Ancer L. Haggerty
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge