FILED'06 MAR 02 11:33USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| MICHAEL R. MORRISETTE, | Civil No. 04-1785-JE |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,450.00, and costs in the amount of $150.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, respectively. No other fees, costs or expenses will be awarded.

DATED this 1st day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1     ORDER [04-1785-JE]